UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

JOAN L. MOSS, DONNA MOSS and
HENRY MOSS,

        Plaintiffs,

v.

GABRIEL TORRES, RAUL PADRON,
OLGA PADRON, MAYOR and TOWN COUNCIL
OF THE TOWN OF SECAUCUS, VINCENT
PRIETO and GERALD PERRICONE,

        Defendants.

---

Civil No. 2:10-CV-03018WJM

**CONSENT ORDER FOR REMAND**

    This matter having been initially removed from the Superior Court of New Jersey, County of Hudson, Law Division, Docket No. L-2447-10; and Plaintiffs having represented to the Court and to all parties that the Complaint they filed in State Court does not seek relief under the U.S. Constitution or any federal laws; and all parties having consented to the remand of this matter;

    It is on this 19th day of July 2010

    ORDERED that this action is remanded to the Superior Court of New Jersey, County of Hudson, Law Division bearing Docket No. L-2447-10

                                                  _____
                                                WILLIAM J. MARTINI, U.S.D.J.

BY: _____[signature]_____  
    BRUCE D. NIMENSKY, ESQ.  
    Attorney for Plaintiffs, Joan L. Moss,  
    Donna Moss and Henry Moss

7-19-10  
Dated

BY:_____  
    ERIC L. HARRISON, ESQ.  
    Attorney for Defendants, Mayor and  
    Town Council of the Town of  
    Secaucus and Vincent Prieto

Dated

BY:_____  
    J. ALVARO ALONSO, ESQ.  
    Attorney for Defendant,  
    Gabriel Torres

Dated

BY:_____  
    JAMES A. COVIELLO, ESQ.  
    Attorney for Defendants,  
    Raul Padron and Olga Padron

Dated

BY:_____
    BRUCE D. NIMENSKY, ESQ.
    Attorney for Plaintiffs, Joan L. Moss,
    Donna Moss and Henry Moss

Dated _____

BY: _[signature]_ _____
    ERIC L. HARRISON, ESQ.
    Attorney for Defendants, Mayor and
    Town Council of the Town of
    Secaucus and Vincent Prieto

Dated 7/16/2010

BY:_____
    J. ALVARO ALONSO, ESQ.
    Attorney for Defendant,
    Gabriel Torres

Dated _____

BY:_____
    JAMES A. COVIELLO, ESQ.
    Attorney for Defendants,
    Raul Padron and Olga Padron

Dated _____

BY:_____
    BRUCE D. NIMENSKY, ESQ.
    Attorney for Plaintiffs, Joan L. Moss,
    Donna Moss and Henry Moss

_____
Dated


BY:_____
    ERIC L. HARRISON, ESQ.
    Attorney for Defendants, Mayor and
    Town Council of the Town of
    Secaucus and Vincent Prieto

_____
Dated


BY: _/s/_____
    J. ALVARO ALONSO, ESQ.
    Attorney for Defendant,
    Gabriel Torres

7-19-10
_____
Dated


BY:_____
    JAMES A. COVIELLO, ESQ.
    Attorney for Defendants,
    Raul Padron and Olga Padron

_____
Dated

BY:_____
    BRUCE D. NIMENSKY, ESQ.
    Attorney for Plaintiffs, Joan L. Moss,
    Donna Moss and Henry Moss

_____
Dated


BY:_____
    ERIC L. HARRISON, ESQ.
    Attorney for Defendants, Mayor and
    Town Council of the Town of
    Secaucus and Vincent Prieto

_____
Dated


BY:_____
    J. ALVARO ALONSO, ESQ.
    Attorney for Defendant,
    Gabriel Torres

_____
Dated


BY:_____
    JAMES A. COVIELLO, ESQ.
    Attorney for Defendants,
    Raul Padron and Olga Padron

7/16/10
_____
Dated