UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------

JOAN L. MOSS, DONNA MOSS and
HENRY MOSS,

        Plaintiffs,              Civil No. 2:10-cv03018WJM

v.

GABRIEL TORRES, RAUL PADRON,        **AMENDED CONSENT**
OLGA PADRON, MAYOR and TOWN COUNCIL  **ORDER FOR REMAND**
OF THE TOWN OF SECAUCUS, VINCENT
PRIETO and GERALD PERRICONE,

        Defendants.

------------------------------------

      The matter having been initially removed from the Superior Court of New Jersey, County of Hudson, Law Division, Docket No. **L-2477-10**; and Plaintiffs having represented to the Court and to all parties that the Complaint they filed in State Court does not seek relief under the U.S. Constitution or any federal laws; and all parties having consented to the remand of this matter;

      It is on this 22nd day of July 2010

      ORDERED that this action is remanded to the Superior Court of New Jersey, County of Hudson, Law Division bearing Docket No. **1-2477-10**.            s/William J. Martini

_____

WILLIAM J. MARTINI, U.S.D.J.

BY: _____

BRUCE D. NIMENSKY, ESQ.
Attorney for Plaintiffs, Joan L. Moss,
Donna Moss and Henry Moss

7-19-10
Dated

BY: _____

ERIC L. HARRISON, ESQ.
Attorney for Defendants, Mayor and
Town Council of the Town of
Secaucus and Vincent Prieto

Dated

BY: _____

J. ALVARO ALONSO, ESQ.
Attorney for Defendant,
Gabriel Torres

Dated

BY: _____

JAMES A. COVIELLO, ESQ.
Attorney for Defendants,
Raul Padron and Olga Padron

Dated

BY:_____

BRUCE D. NIMENSKY, ESQ.
Attorney for Plaintiffs, Joan L. Moss,
Donna Moss and Henry Moss

Dated _____


7/16/2010

BY:_____

ERIC L. HARRISON, ESQ.
Attorney for Defendants, Mayor and
Town Council of the Town of
Secaucus and Vincent Prieto

Dated _____


BY:_____

J. ALVARO ALONSO, ESQ.
Attorney for Defendant,
Gabriel Torres

Dated _____


BY:_____

JAMES A. COVIELLO, ESQ.
Attorney for Defendants,
Raul Padron and Olga Padron

Dated _____

BY:_____

     BRUCE D. NIMENSKY, ESQ.
     Attorney for Plaintiffs, Joan L. Moss,
     Donna Moss and Henry Moss

Dated _____

BY:_____

     ERIC L. HARRISON, ESQ.
     Attorney for Defendants, Mayor and
     Town Council of the Town of
     Secaucus and Vincent Prieto

Dated _____

BY:_____

     J. ALVARO ALONSO, ESQ.
     Attorney for Defendant,
     Gabriel Torres

7. 1 9. 1 0
Dated

BY:_____

     JAMES A. COVIELLO, ESQ.
     Attorney for Defendants,
     Raul Padron and Olga Padron

Dated _____

BY:_____

     BRUCE D. NIMENSKY, ESQ.            Dated _____

     Attorney for Plaintiffs, Joan L. Moss,

     Donna Moss and Henry Moss


BY:_____

     ERIC L. HARRISON, ESQ.             Dated _____

     Attorney for Defendants, Mayor and

     Town Council of the Town of

     Secaucus and Vincent Prieto


BY:_____

     J. ALVARO ALONSO, ESQ.          Dated _____

     Attorney for Defendant,

     Gabriel Torres


BY:_____

     JAMES A. COVIELLO, ESQ.         Dated ___7/16/10___

     Attorney for Defendants,

     Raul Padron and Olga Padron