# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY



MARTIN LUTHER KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ  07101-0419
**(973) 645-6340**

**WILLIAM J. MARTINI**
      **JUDGE**

July 22, 2010


Superior Court of New Jersey
Law Division - Hudson County
595 Newark Avenue
Jersey City, NJ 07306

    RE: Moss v. Gabriel Torres, et al
        Your Docket No. HUD-L-2477-10
        USDC No. 10-3018WJM

Dear Sir/Madam:

Pursuant to the Consent Order of Remand entered in the above matter, enclosed please find a copy of the original order and one certified copy of the docket.

Kindly acknowledge receipt of this letter.

                        Sincerely,

                        Gail A. Hansen,
                        Court Clerk for Judge Martini


enc.


I/we hereby acknowledge receipt of the above mentioned documents.


_____              Dated: