Q

|  |  |  |
|---|---|---|
| William T. Walsh<br>Clerk<br><br>Street | **UNITED STATES DISTRICT COURT**<br>**MARTIN LUTHER KING, JR.**<br>**FEDERAL BLD & U.S. COURTHOUSE**<br>**50 WALNUT STREET**<br>**P.O. BOX 419**<br>**NEWARK, N.J. 07101-0419**<br>973-645-4619 | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State<br><br>P.O. Box 515<br>Trenton, N.J. 08603 |

REPLY TO: <u>Newark</u>
Date: <u>7/19/10</u>

**CLERK**
**SUPERIOR COURT OF HUDSON COUNTY**
**595 NEWARK AVENUE**
**JERSEY CITY, NJ 07306**

Re: MOSS vs. TORRES, et al

Your No. HUD-L-2477-10
<u>USDC NO. 10-cv-3018 (WJM)</u>

]

Dear Sir/Madam:

    Pursuant to Order of Remand entered in above matter, enclosed please find one Certified copy of Order of Remand and one Certified copy of docket sheets.

    Kindly acknowledge receipt on copy of this letter.

                          Very truly yours,

                          William T. Walsh, Clerk

              by:

                        <u>s/Donna DeAngelis</u>
                        Deputy Clerk

Enclosure
cc: All counsel/parties

RECEIPT IS ACKNOWLEDGED THIS ___ DAY OF _____, 199