Q

8/5/10

William T. Walsh
Clerk

Street

**UNITED STATES DISTRICT COURT**
**MARTIN LUTHER KING, JR.**
**FEDERAL BLD & U.S. COURTHOUSE**
**50 WALNUT STREET**
**P.O. BOX 419**
**NEWARK, N.J. 07101-0419**
973-645-4619

CAMDEN OFFICE
USPO & Courthouse
401 Market Street
Camden, N.J. 08101

TRENTON OFFICE
402 East State

P.O. Box 515
Trenton, N.J. 08603

REPLY TO: Newark
Date: 7/19/10

CLERK
SUPERIOR COURT OF HUDSON COUNTY
595 NEWARK AVENUE
JERSEY CITY, NJ 07306



Re: MOSS vs. TORRES, et al

Your No. HUD-L-2477-10
USDC NO. 10-cv-3018 (WJM)

Dear Sir/Madam:

Pursuant to Order of Remand entered in above matter, enclosed please find one Certified copy of Order of Remand and one Certified copy of docket sheets.

Kindly acknowledge receipt on copy of this letter.

                                        Very truly yours,

                                        William T. Walsh, Clerk

                          by:

                                        <u>s/Donna DeAngelis</u>
                                        Deputy Clerk

Enclosure
cc: All counsel/parties

RECEIPT IS ACKNOWLEDGED THIS 29TH DAY OF July, ~~199~~ 2010.

SUPERIOR COURT OF NEW JERSEY
HUDSON VICINAGE - CIVIL DIVISION
583 NEWARK AVENUE
JERSEY CITY, NEW JERSEY 07306

United States District Court
Martin Luther King, Jr.
Federal Bld. & U.S. Courthouse
50 Walnut Street
P.O. Box 419
Newark, NJ 07101-0419

2010 AUG -5  A 9:45
RECEIVED-CLERK
U.S. DISTRICT COURT